1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8
9
10

ARTURO TORRES OCHOA,

     *Plaintiff*,                    3:12-cv-00240-LRH-WGC

11
12

vs.

13

                     ORDER

HALL.*, et al.*

14

     *Defendants*.

15
16

     IT IS ORDERED that plaintiff's motion (#7) styled as an "updated motion" is DENIED.

17

The action has been closed by a final judgment, and the motion further makes no request for

18

relief.

19

           DATED:   May 14, 2013

20
21
22

                                WILLIAM G. COBB
                                United States Magistrate Judge

23
24
25
26
27
28