1
2
3
4
5
6
7                           **UNITED STATES DISTRICT COURT**
8                                **DISTRICT OF NEVADA**
9
10   ARTURO TORRES OCHOA,
11          *Plaintiff*,                              3:12-cv-00240-LRH-WGC
12   vs.
13   HALL*., et al.*                                  ORDER
14          *Defendants*.
15
16          IT IS ORDERED that plaintiff's motion (#7) styled as an "updated motion" is DENIED.
17   The action has been closed by a final judgment, and the motion further makes no request for
18   relief.
19          DATED:  May 14, 2013
20
21
22                                                    _____
                                                     WILLIAM G. COBB
23                                                   United States Magistrate Judge
24
25
26
27
28